September 19, 2013.



# JUDGMENT

# The Fourteenth Court of Appeals

MATTHEW & KELLY CUBBAGE, Appellants

NO. 14-13-00508-CV                              V.

HARRIS COUNTY APPRAISAL DISTRICT, Appellee

_____

Today the Court heard its own motion to dismiss the appeal from the order signed by the court below on March 18, 2013. Having considered the motion and found it meritorious, we order the appeal **DISMISSED**.

We further order that all costs incurred by reason of this appeal be paid by appellant, Matthew & Kelly Cubbage.

We further order this decision certified below for observance.